UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br> Plaintiffs, <br><br> vs. <br><br> PC ELECTROCRAFT, INC., a California corporation, also doing business as "P C ELECTRO CRAFT INC" <br><br> Defendant. | CASE NO.: CV 11-04092 CAS (CWx) <br><br> Assigned to the Honorable Christina A. Snyder <br><br> **JUDGMENT** |

///

///

///

1     This action having been commenced on May 12, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant PC Electrocraft, Inc., a California corporation, also doing business as "P C Electro Craft Inc", and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union shall recover from defendant PC Electrocraft, Inc., a California corporation, also doing business as "P C Electro Craft Inc," the principal amount of $29,282.13, together with post-judgment interest calculated at 7% per annum from the date judgment is entered until paid in full.

Dated: June 3, 2011

                                *Christina A. Snyder*
                                UNITED STATES DISTRICT JUDGE